IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BEAUTY MCBRIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05-CV-01035-DRB |
| ) | [wo] |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

Upon consideration of Defendant's *Motion for Extension of Time to File Brief* (Doc. 14, filed Mar. 31, 2006) and for good cause shown, it is hereby

**ORDERED** that the *Motion* (Doc. 14) is **GRANTED**.

Done this 3rd day of April, 2006.

                                              **/s/ Delores R. Boyd**
                                              DELORES R. BOYD
                                              UNITED STATES MAGISTRATE JUDGE