IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BEAUTY MCBRIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05-CV-01035-DRB |
| ) | [wo] |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

After consideration of the unopposed *Defendant's Motion To Remand* pursuant to sentence four of 42 U.S.C. 405(g)[1], and supporting *Memorandum* (Docs. 17 and 18, filed April 18, 2006), and for good cause based on the Appeals Council's determination that a remand is appropriate for additional proceedings before an administrative law judge,[2] it is hereby

**ORDERED** that the *Motion* (Doc. 17) is **GRANTED** and this case is **REVERSED and REMANDED** pursuant to *sentence four* of 42 U.S.C. §405(g). The Defendant Commissioner's request for a final judgment is granted and filed separately herewith.

Done this 20th day of April, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff McBride "consents to the case being remanded pursuant to sentence four of 42 U.S.C. 405(g)." *Plaintiff's Response* at 1 (Doc. 20, filed April 19, 2006).

[2] Defendant represents that upon the requested remand, the Appeals Council will remand this case to an ALJ "for further evaluation of Plaintiff's subjective complaints and for a function by function assessment of Plaintiff's residual functional capacity with rationale in support of the findings." (*Mem*. at 1).