IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BEAUTY MCBRIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CV-01035-DRB |
| | ) | [wo] |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the *Order on Motion* granting *Defendant's Motion To Remand*, it is hereby

**ORDERED, ADJUDGED and DECREED** that **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, be entered for the Plaintiff, Beauty McBride, and against the Defendant Commissioner, under *sentence four* of 42 U.S.C. §405(g).

Done this 20th day of April, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE